No. A–789 (80–1573). GLUESENKAMP *v.* FLORIDA. Application for bail, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–901. VALENTINE *v.* UNITED STATES. Application for bail, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–1064. TIBBS *v.* UNITED STATES. Sup. Ct. Fla. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–13. ELCAN *v.* UNITED STATES. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–15 (81–171). OESTERLEN SERVICES FOR YOUTH, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–32. GEDEON *v.* GEDEON, AKA ROSE. Sup. Ct. Colo. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–86. CAPITOL CITIES COMMUNICATIONS, INC., ET AL. *v.* FLYNN, JUSTICE, SUPREME COURT OF NEW YORK. Sup. Ct. N. Y., Erie County. Motion for leave to file the application for stay under seal, presented to JUSTICE MARSHALL, and by him referred to the Court, denied. JUSTICE BLACKMUN, JUSTICE POWELL, and JUSTICE STEVENS would grant the motion. Application for stay, presented to JUSTICE MARSHALL, and by him referred to the Court, denied. JUSTICE BRENNAN would grant the application.